UNITED STATES DISTRICT COURT
DISTRICT OF WISCONSIN
COURT FILE NO.: 16-cv-242

Matthew Stone

Kimberly Stone

       Plaintiffs,

v.

Planet Home Lending, LLC

       Defendant.

**ORDER**

## ORDER FOR DISMISSAL

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed with prejudice and in its entirety, without fees or costs to any party.

DATE: May 31, 2016

Hon. James D. Peterson